ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 94582
Telephone:  707-462-1844
Facsimile:   707-468-0522

Attorney for Defendant
BRIAN GROVES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ) | Case No. CR 09-1006 MMC |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER PERMITTING TRAVEL |
| v. ) | |
| ) | |
| BRIAN GROVES, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Brian Groves shall be permitted to travel by air outside the Northern District of California to French Polynesia, departing February 20, 2011 and returning March 31, 2011.  Furthermore, the defendant shall continue to comply with any and all reporting requirements of Probation while outside the Northern District.

IT IS SO ORDERED.

Dated:  December 23, 2010

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Magistrate Judge
Northern District of California

[Proposed] Order Permitting Travel